[No. 27261-3-III. Division Three. June 25, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DOROTHY LOU WESSELS, *Appellant*.

Appeal from a judgment of the Superior Court for Garfield County, No. 07-1-00022-8, David Frazier, J. Pro Tem., entered June 12, 2008. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Korsmo, J., concurred in by Kulik, A.C.J., and Brown, J.

[No. 27293-1-III. Division Three. June 25, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTIAN G. GARCIA, *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-1-01126-8, Michael P. Price, J., entered June 26, 2008. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 57763-8-I. Division One. June 29, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JERMAINE AMON HENDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-03685-9, Michael S. Spearman, J., entered March 16, 1998. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Appelwick and Leach, JJ.

[No. 60351-5-I. Division One. June 29, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL VINCENT HILL, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 05-1-00898-1, Charles R. Snyder, J., entered July 2, 2007. *Reversed* and *remanded* by unpublished opinion per Lau, J., concurred in by Becker and Leach, JJ.